# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 1:20mc29

IN RE:     OFFICIAL COURT CLOSING

FILED
ASHEVILLE, N.C.
SEP 11 2020
U.S. DISTRICT COURT
W. DIST. OF N.C.

## O R D E R

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Thursday November 26, 2020, and Friday, November 27, 2020, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will BE CLOSED ALL DAY on Thursday, December 24, 2020, and will also be closed Friday, December 25, 2020.

The United States District Court for the Western District of North Carolina will be closed on Thursday, December 31, 2020, and will also be closed Friday, January 1, 2021, for the New Year holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 11th day of September 2020.

_____
Martin Reidinger, Chief
U.S. District Court Judge